# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAURA B., | : | Case No. 3:21-cv-00236 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## DECISION & ORDER

This matter is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint. (Doc No. 9). This civil action is duplicative of another civil action that was filed on April 20, 2018 and reinstated by this Court on January 31, 2022. *See* Case. No. 3:18-cv-00132. For good cause shown and absent opposition, Defendant's Motion to Dismiss is hereby **GRANTED**. This matter shall be terminated on the docket of this Court.

**IT IS SO ORDERED.**

February 4, 2022

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge